UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIEN PHUOC PHUNG,<br>　　　　Petitioner<br>　　v.<br>CLARK E. DUCART, Warden,<br>　　　　Respondent. | Case No. 8:15-CV-693-PSG (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that the Petition is DENIED, Judgment be ENTERED in favor of Respondent; and the case

////

1 | is DISMISSED WITH PREJUDICE.
2 | **LET JUDGMENT BE ENTERED ACCORDINGLY.**
3 |
4 |
5 |
6 |
7 | DATE:     03/02/2016
8 | PHILIP S. GUTIERREZ
  | UNITED STATES DISTRICT JUDGE