# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIEN PHUOC PHUNG,<br>Petitioner<br>v.<br>CLARK E. DUCART, Warden,<br>Respondent. | Case No. 8:15-cv-693-PSG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

IT IS ADJUDGED THAT the Petition is DENIED and this case is DISMISSED WITH PREJUDICE.

DATED: 03/02/2016

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE